ROBINSON, Respondent, *v.* BALDWIN *et al.*, Appellants.

*(Supreme Court, General Term, Fifth Department.* January 11, 1889.)

*Turk & Baumes,* for appellants. *Martin W. Cook,* for respondent.

No opinion. Judgment affirmed, with costs. DWIGHT, J., not sitting.

---

ROCHESTER PRINTING Co., Respondent, *v.* KELLOGG *et al.*, Appellants.

*(Supreme Court, General Term, Fifth Department.* January 11, 1889.)

No opinion. Order affirmed, with $10 costs and disbursements.

---

SIDWAY, Appellant, *v.* SIDWAY, Respondent.

*(Supreme Court, General Term, Fifth Department.* January 11, 1889.)

*Green & Marey,* for appellant. *Roberts, Alexander & Messer,* for respondent.

No opinion. Order reversed, with $10 costs and disbursements.